**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR111** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGMENT** |
| **LAURA BANDA SANTOS,** | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. That the defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 105) is denied;

2. The Clerk is directed to mail a copy of this Judgment to the defendant at her last known address.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge